1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11    THOMAS GOOLSBY,                        1:13-cv-00119-GSA-PC

12             Plaintiff,                     ORDER DENYING MOTION TO
                                              PROCEED IN FORMA PAUPERIS
13        vs.                                 (Doc. 2.)

14    MATTHEW CATE, et al.,                   ORDER FOR PLAINTIFF TO PAY $350.00
                                              FILING FEE IN FULL WITHIN THIRTY
15             Defendants.                    DAYS

16

17        Thomas Goolsby is a state prisoner proceeding pro se with this civil rights action

18    pursuant to 42 U.S.C. §1983.  Plaintiff filed the Complaint commencing this action on January

19    25, 2013. (Doc. 1.)  On February 11, 2013, Plaintiff consented to Magistrate Judge jurisdiction

20    in this action pursuant to 28 U.S.C. §636(c), and no other parties have made an appearance.

21    (Doc. 4.)  Therefore, pursuant to Appendix A(k)(4) of the Local Rules of the Eastern District of

22    California, the undersigned shall conduct any and all proceedings in the case until such time as

23    reassignment to a District Judge is required.  Local Rule Appendix A(k)(3).

24        On January 25, 2013, Plaintiff filed a motion to proceed in forma pauperis pursuant to

25    28 U.S.C. § 1915.  (Doc. 2.)  It appears, from a review of Plaintiff's application and the

26    certified copy of his prison trust account statement, that Plaintiff can afford the costs of this

27    action.  Plaintiff's evidence shows that the average monthly deposit in Plaintiff's account for

28    the six-month period immediately preceding the filing of the complaint was $220.83, and the

average monthly balance for the same six-month period was $628.41.  Id. at 5.  Therefore, Plaintiff's motion to proceed in forma pauperis shall be denied, and Plaintiff shall be required to pay the statutory filing fee of $350.00 for this action in full.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis, filed on January 25, 2013, is DENIED;

2. Within thirty days from the date of service of this order, Plaintiff is required to pay the $350.00 filing fee for this action in full; and

3. Plaintiff's failure to comply with this order shall result in the dismissal of this action.

IT IS SO ORDERED.

Dated:   **May 3, 2013**                              **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE