# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GOOLSBY,<br><br>          Plaintiff,<br><br>     vs.<br><br>MATTHEW CATE, et al.,<br><br>          Defendants. | 1:13-cv-00119-GSA-PC<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR STAY OF PROCEEDINGS<br>(Doc. 19.)<br><br>ORDER STAYING ACTION PENDING RESOLUTION OF APPEAL<br>(Doc. 14.) |

   Thomas Goolsby ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. This action was filed on January 25, 2013. (Doc. 1.)

   On June 5, 2013, Plaintiff filed a notice of appeal to the Court of Appeals for the Ninth Circuit, appealing four of the district court's orders issued in this action. (Doc. 14.) On June 20, 2013, Plaintiff filed a request for stay of the proceedings in this action pending resolution of the appeal. (Doc. 19.) Good cause appearing, Plaintiff's request shall be granted.

   Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

   1.  Plaintiff's request for stay of the proceedings in this action is GRANTED; and

   2.  This action is stayed pending resolution of Plaintiff's appeal to the Ninth Circuit filed on June 5, 2013.

IT IS SO ORDERED.

Dated: __**June 25, 2013**__                    _____/s/ Gary S. Austin__
                                           UNITED STATES MAGISTRATE JUDGE