# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GOOLSBY,<br><br>           Plaintiff,<br><br>      vs.<br><br>MATTHEW CATE, et al.,<br><br>           Defendants. | 1:13-cv-00119-GSA-PC<br><br>ORDER LIFTING STAY OF ACTION<br>(Doc. 20.) |

Thomas Goolsby ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. This action was filed on January 25, 2013. (Doc. 1.) On February 11, 2013, Plaintiff consented to Magistrate Judge jurisdiction in this action pursuant to 28 U.S.C. § 636(c), and no other parties have made an appearance. (Doc. 3.) Therefore, pursuant to Appendix A(k)(4) of the Local Rules of the Eastern District of California, the undersigned shall conduct any and all proceedings in the case until such time as reassignment to a District Judge is required. Local Rule Appendix A(k)(3).

On June 25, 2013, the court issued an order staying this action pending resolution of Plaintiff's appeal to the Ninth Circuit Court of Appeals. (Doc. 20.) On August 7, 2013, the Ninth Circuit issued an order dismissing Plaintiff's appeal for lack of jurisdiction, and the final mandate was entered on September 20, 2013. (Docs. 24, 25.) Because Plaintiff's appeal has been resolved, the stay of this action shall be lifted.

Accordingly, IT IS HEREBY ORDERED that the stay of this action, imposed by the court on June 25, 2013, is LIFTED.

IT IS SO ORDERED.

Dated:   **September 23, 2013**                **/s/ Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE