UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GOOLSBY,<br><br>            Plaintiff,<br><br>    vs.<br><br>MATTHEW CATE, et al.,<br><br>            Defendants. | 1:13-cv-00119-GSA-PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE AMENDED COMPLAINT<br>(Doc. 20.)<br><br>THIRTY DAY DEADLINE TO FILE AMENDED COMPLAINT |

Thomas Goolsby ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. This action was filed on January 25, 2013. (Doc. 1.) On February 11, 2013, Plaintiff consented to Magistrate Judge jurisdiction in this action pursuant to 28 U.S.C. § 636(c), and no other parties have made an appearance. (Doc. 3.) Therefore, pursuant to Appendix A(k)(4) of the Local Rules of the Eastern District of California, the undersigned shall conduct any and all proceedings in the case until such time as reassignment to a District Judge is required. Local Rule Appendix A(k)(3).

On May 2, 2013, the court issued an order requiring Plaintiff to file an amended complaint within thirty days. (Doc. 9.) On June 5, 2013, Plaintiff appealed the court's order to the Ninth Circuit Court of Appeals. (Doc. 14.) The thirty day time period for Plaintiff to file an amended complaint expired, and Plaintiff did not file an amended complaint. However, on June 25, 2013, the court stayed this action pending resolution of Plaintiff's appeal. (Doc. 20.)

Plaintiff's appeal was resolved, and on September 23, 2013, the stay was lifted. (Docs. 24, 25, 26.) Now that the stay has been lifted, Plaintiff is required to file an amended complaint pursuant to the court's order of May 2, 2013. Plaintiff shall be granted thirty days in which to file an amended complaint.

Accordingly, IT IS HEREBY ORDERED that

1. Plaintiff is GRANTED thirty days from the date of service of this order in which to file an amended complaint, pursuant to the court's order of May 2, 2013; and

2. Plaintiff's failure to comply with this order shall result in the dismissal of this action.

IT IS SO ORDERED.

Dated: **September 24, 2013**          **/s/ Gary S. Austin**
                                                                                          UNITED STATES MAGISTRATE JUDGE