UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GOOLSBY,<br><br>           Plaintiff,<br><br>     vs.<br><br>MATTHEW CATE, et al.,<br><br>           Defendants. | 1:13-cv-00119-AWI-GSA-PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR STAY<br>(ECF No. 50.)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR COURT TO DECLARE PLAINTIFF VEXATIOUS LITIGANT<br><br>NINETY-DAY DEADINE FOR PLAINTIFF TO FILE OPPOSITION |

**I.     BACKGROUND**

Thomas Goolsby ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983.  This action was filed on January 25, 2013.  (Doc. 1.)  The case now proceeds with the Second Amended Complaint filed on June 6, 2014, on Plaintiff's Eighth Amendment claims against defendants Warden Kimberly Holland, Warden Michael Stainer, and Captain J. Lundy, for denial of adequate outdoor exercise time; and defendants Captain J. Lundy, Sergeant S. Foster, Plumlee (Maintenance

Supervisor), Warden Kimberly Holland, Correctional Officer Jordon, and Correctional Officer Uribe, for deliberate indifference to unsanitary and unsafe conditions.[1]  (ECF No. 34.)

This case is now in the discovery phase, pursuant to the court's scheduling order issued on July 24, 2015.  (ECF No. 49.)

On July 23, 2015, Defendants filed a motion for the court to declare Plaintiff a vexatious litigant.  (ECF No. 46.)  On August 7, 2015, Plaintiff filed a motion to stay Defendants' motion.  (ECF No. 50.)  Defendants have not filed an opposition.

**II.     MOTION FOR STAY**

Plaintiff requests the court to stay Defendants' motion to declare Plaintiff a vexatious litigant, to allow Plaintiff time to conduct discovery to oppose the motion.  The court does not lightly stay litigation, due to the possibility of prejudice to defendants, and here, a stay of the proceedings is not Plaintiff's only remedy.  In the alternative, good cause appearing, Plaintiff shall be granted a ninety-day extension of time to file his opposition to Defendants' motion.  If Plaintiff requires additional time, he should file a motion for extension of time before the expiration of the ninety-day deadline.

**III.    CONCLUSION**

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for stay, filed on August 7, 2015, is DENIED; and
2. Good cause appearing, Plaintiff is GRANTED an extension of time until ninety days from the date of service of this order, in which to file his opposition to Defendants' motion for the court to declare Plaintiff a vexatious litigant.

IT IS SO ORDERED.

   Dated:  **September 10, 2015**            **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE

---

[1] On March 24, 2015, the court issued an order dismissing all other claims and defendants from this action, for Plaintiff's failure to state a claim under § 1983.  (ECF No. 36.)