# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GOOLSBY,<br><br>      Plaintiff,<br><br>   vs.<br><br>MATTHEW CATE, et al.,<br><br>      Defendants. | 1:13-cv-00119-AWI-EPG-PC<br><br>NOTICE OF TELEPHONIC STATUS CONFERENCE BEFORE MAGISTRATE JUDGE ERICA P. GROSJEAN<br><br>**December 11, 2015 at 10:00 a.m.**<br>**Courtroom 10 (EPG)** |

**PLEASE TAKE NOTICE**

This case is now scheduled for a telephonic status conference before Magistrate Judge Erica P. Grosjean on Friday, **December 11, 2015 at 10:00 a.m. in Courtroom 10 (EPG).** The parties shall be prepared to informally discuss discovery for this case, including but not limited to discovery addressed in Plaintiff's Motion to Compel filed November 30, 2015. (ECF No. 58.) On or before December 9, 2015, Defendants shall submit to Courtroom Deputy Amanda Martinez a set of all discovery requests and responses that have been exchanged between the parties to this action to date. Defendants should deliver a hard copy of the discovery requests and responses to Ms. Martinez's attention as well as sending an electronic copy of epgorders@caed.uscourts.gov. The parties should not submit additional materials or argument in advance of the status conference. Counsel for Defendants is required to arrange for the participation of Plaintiff in the telephonic status conference and to initiate the telephonic hearing at **(559) 499-5960**.

IT IS SO ORDERED.

Dated:   **December 2, 2015**              /s/ Erica P. Grosjean
                                           UNITED STATES MAGISTRATE JUDGE