UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GOOLSBY,<br><br>              Plaintiff,<br><br>      vs.<br><br>MATTHEW CATE, et al.,<br><br>              Defendants. | 1:13-cv-00119-DAD-EPG-PC<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY REQUESTS, SET ONE<br>(ECF No. 65.)<br><br>FORTY-FIVE DAY DEADLINE |

On December 8, 2015, Defendants filed a request for a forty-five day extension of time to respond to Plaintiff's first set of discovery requests. (ECF No. 65.)

Defense counsel, Deputy Attorney General R. Lawrence Bragg ("Counsel"), requests an extension of time to enable him to confer with his clients regarding their responses to Plaintiff's discovery requests. Counsel declares that this case was transferred to him to represent Defendants in this case on December 2, 2015. (Decl. of Counsel, ECF No. 65 at 3 ¶2.) In reviewing case materials, Counsel came across a letter from Plaintiff to his predecessor postmarked October 21, 2015, in which Plaintiff re-served Requests for Admissions, Requests for Production of Documents, and Interrogatories, Set One, propounded to Defendants Jordan, Uribe, Foster Plumlee, Lundy, Stainer, and Holland. (Id. ¶¶3-4.) In the letter, Plaintiff indicated that he would be amenable to additional time to respond to the discovery requests upon request. (Id. ¶3, Attachment 1.) Based on the date of the postmarked letter, Defendants'

responses to the discovery requests are due by December 8, 2015. (Id. ¶4.) Counsel makes this request not to delay the litigation, to prejudice Plaintiff, or for any other improper purpose. (Id. ¶5.) Counsel asserts that an extension of time would be preferable to serving objections in order to protect the rights of his clients. (Id. ¶6.)

Good cause having been presented to the court, and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that Defendants are GRANTED an extension of time until forty-five days from the date of service of this order, in which to respond to Plaintiff's Requests for Admissions, Requests for Production of Documents, and Interrogatories, Set One, propounded to Defendants Jordan, Uribe, Foster Plumlee, Lundy, Stainer, and Holland, served upon Defendants on October 21, 2015.

The Court further notes that it is amenable to an informal telephonic conference to discuss any issues of disputes regarding discovery before or after Defendants serve their responses. The Court asks that the parties convene a telephonic conference before filing any motion to compel.

IT IS SO ORDERED.

Dated:   **December 10, 2015**         /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE