UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GOOLSBY,<br><br>                    Plaintiff,<br><br>         vs.<br><br>MATTHEW CATE, et al.,<br><br>                    Defendants. | 1:13-cv-00119-AWI-EPG-PC<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR WITHDRAWAL OF MOTION<br>(ECF No. 61.)<br><br>ORDER WITHDRAWING MOTION FOR COURT TO DECLARE PLAINTIFF A VEXATIOUS LITIGANT, REQUIRE PLAINTIFF TO POST SECURITY, AND ISSUE A PRE-FILING ORDER, FROM COURT'S CALENDAR, WITHOUT PREJUDICE<br>(ECF No. 46.) |

Thomas Goolsby ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. This action was filed on January 25, 2013. (ECF No. 1.) The case now proceeds with the Second Amended Complaint filed on June 6, 2014, on Plaintiff's Eighth Amendment claims against defendants Warden Kimberly Holland, Warden Michael Stainer, and Captain J. Lundy, for denial of adequate outdoor exercise time; and defendants Captain J. Lundy, Sergeant S. Foster, Plumlee (Maintenance Supervisor), Warden Kimberly Holland, Correctional Officer Jordon, and Correctional Officer Uribe, for deliberate indifference to unsanitary and unsafe conditions.[1] (ECF No. 34.)

---

[1] On March 24, 2015, the Court issued an order dismissing all other claims and defendants from this action, for Plaintiff's failure to state a claim under § 1983. (ECF No. 36.)

On December 3, 2015, defendants Foster, Plumlee, Holland, Jordon, Stainer, and Uribe ("Defendants") filed a Notice of Withdrawal, seeking to withdraw, without prejudice, their Motion for Court to Declare Plaintiff a Vexatious Litigant, Require Plaintiff to Post Security, and Issue a Pre-Filing Order, which was filed by Defendants on July 23, 2015. (ECF No. 61.) The Court finds no evidence of bad faith by Defendants, or prejudice to Plaintiff, in withdrawal of the motion. Therefore, Defendants' request shall be granted.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' request for withdrawal, filed on December 3, 2015, is GRANTED; and

2. Defendants' Motion for Court to Declare Plaintiff a Vexatious Litigant, Require Plaintiff to Post Security, and Issue a Pre-Filing Order, filed by Defendants on July 23, 2015, is WITHDRAWN from the Court's calendar, without prejudice.

IT IS SO ORDERED.

Dated: **December 10, 2015**         /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE