UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GOOLSBY,<br><br>            Plaintiff,<br><br>     vs.<br><br>MATTHEW CATE, et al.,<br><br>            Defendants. | 1:13-cv-00119-DAD-EPG-PC<br><br>NOTICE OF TELEPHONIC STATUS CONFERENCE BEFORE MAGISTRATE JUDGE ERICA P. GROSJEAN<br><br>**July 19, 2016 at 10:30 a.m.**<br>**Courtroom 10 (EPG)** |

**PLEASE TAKE NOTICE**

This case is now scheduled for a telephonic status conference before Magistrate Judge Erica P. Grosjean on **Tuesday, July 19, 2016 at 10:30 a.m. in Courtroom 10 (EPG).** The parties shall be prepared to address Defendants' pending motion for summary judgment, outstanding discovery issues, and any issues needing resolution prior to the settlement conference set for August 1, 2016. Counsel for Defendants is required to arrange for the participation of Plaintiff in the telephonic status conference and to initiate the telephonic hearing at **(888) 251-2909,** Access Code **1024453.**

IT IS SO ORDERED.

Dated:  **July 7, 2016**                                    /s/ *Erica P. Grosjean*
                                                                   UNITED STATES MAGISTRATE JUDGE